**General Insurance Company, appellant, v. American Merchants Fire Insurance Company, appellee.    Gen. No. 30,723.**

Action upon policy of fire insurance. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. *Opinion filed October 5, 1926.*

Ekern & Meyers and L. F. Binkley, for appellant. Kremer, Branand & Hamer, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**Neil Satterlee and Charles L. Binns, trading as Satterlee & Binns, appellees, v. Willard C. Lindsay, appellant.    Gen. No. 30,737.**

Action for breach of contract. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Frank M. Padden, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed and remanded. *Opinion filed October 5, 1926.*

Samuel Rothblum, for appellant; Otto C. Rentner, of counsel. Teller, Levit, Silvertrust & Levi, for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**Christ Tokich, appellee, v. Yellow Cab Company, appellant.    Gen. No. 30,783.**

Action for personal injuries. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Harry B. Miller, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. *Opinion filed October 5, 1926.*

Samuels, Costello & Greenberg, John E. Kehoe and Busby, Weber, Miller & Donovan, for appellant. John A. Bloomingston, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Michael Heitler and Henry Kimel, plaintiffs in error.    Gen. No. 30,893.**

Prosecution for keeping gaming house. Judgment of conviction. Error to the Criminal Court of Cook county; the Hon. Emanuel Eller, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Reversed. *Opinion filed October 5, 1926.*

Benjamin E. Cohen, for plaintiffs in error; H. J. Rosenberg, of counsel. Robert E. Crowe, State's Attorney, Edward E. Wilson and Clarence E. Nelson, Assistant State's Attorneys, for defendant in error.

Mr. Presiding Justice Gridley delivered the opinion of the court.